# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2353

United States of America

Appellee

v.

Jimmy Wayne Adams

Appellant

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:12-cr-00064-BSM-1)

_____

**MANDATE**

In accordance with the opinion and judgment of 02/11/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 05, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit